IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FITZROY WHITE,

    Petitioner,

v.                                  CASE NO. 4:11-cv-00212-MP-WCS

ERIC H HOLDER, MARC MOORE, JANET NAPOLITANO,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending denial of the petition in this case. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that petitioners actions to prevent his removal are the sole cause for the failure to remove him. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2. The petition in this case is denied, and the Clerk is directed to close the file.

**DONE AND ORDERED** this _11th_ day of October, 2011

                    *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge